TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY QUAINTANCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. dba CHAMPION CHEVROLET,<br><br>Defendants. | CASE NO: 3:20-CV-00084-MMD-WGC<br><br>**ORDER GRANTING<br>MOTION FOR SUBSTITUTION<br>OF ATTORNEY** |

PLAINTIFF *Pro Se*, GARY QUAINTANCE, hereby moves to substitute TREVOR J. HATFIELD, ESQ., of the law firm Hatfield & Associates, Ltd., in the place and stead of PLAINTIFF *Pro Se,* GARY QUAINTANCE, as attorney of record for Plaintiff in the above-entitled action. Attached and incorporated herein are the signatures of counsel and Plaintiff approving the Substitution of Counsel, pursuant to Exhibit 1.

DATED: March 17, 2020                     HATFIELD & ASSOCIATES, LTD.

                                          */s/ Trevor J. Hatfield*
                                          By: _____
                                          TREVOR J. HATFIELD
                                          Nevada Bar No. 7373
                                          703 South Eighth Street
                                          Las Vegas, Nevada 89101
                                          (702) 388-4469 Tel.
                                          (702) 386-9825 Fax
                                          Email:*thatfield@hatfieldlawassociates.com*
                                          *Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED: March 18, 2020.

                                                 _/s/ William G. Cobb_____
                                                         U.S. MAGISTRATE JUDGE

```
 1  TREVOR J. HATFIELD, ESQ.
    Nevada Bar No. 7373
 2  HATFIELD & ASSOCIATES, LTD.
    703 South Eighth Street
 3  Las Vegas, Nevada 89101
    (702) 388-4469 Tel.
 4  (702) 386-9825 Fax
 5  thatfield@hatfieldlawassociates.com

 6  Attorney for Plaintiff
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GARY QUAINTANCE, an individual, | Case No. 3:20-cv-00084 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| HERB HALLMAN CHEVROLET, INC. dba CHAMPION CHEVROLET, | |
| Defendant. | |

Plaintiff *Pro Se*, GARY QUAINTANCE, does hereby substitutes TREVOR J. HATFIELD, ESQ., of the law firm Hatfield & Associates, Ltd, as his attorney of record, in the place and stead of himself.

DATED this 12th day of March, 2020

_____
GARY QUAINTANCE

///
///
///
///
///
///

1

1     I, TREVOR J. HATFIELD, ESQ., of the law firm of HATFIELD & ASSOCIATES, LTD. do
2 hereby agree to be substituted in the place of GARY QUAINTANCE, Plaintiff *Pro Se*, as attorney of
3 record for the above-entitled Plaintiff, GARY QUAINTANCE.
4 DATED this 16 day of March, 2020.

HATFIELD & ASSOCIATES, LTD.

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-1469 Tel.
thatfield@hatfieldlawassociates.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2020, I electronically filed the foregoing SUBSTITUTION OF ATTORNEY with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: March 16th, 2020

/s/ Freda P. Brazier
An Employee of Hatfield & Associates, Ltd.