TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY QUAINTANCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. dba CHAMPION CHEVROLET,<br><br>Defendant. | CASE NO: 3:20-CV-00084-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION; IN THE ALTERNATIVE, MOTION TO DISMISS**<br>**(First Request)** |

COMES NOW, Plaintiff GARY QUAINTANCE (hereinafter, "Plaintiff"), by and through his attorney of record Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd., and HERB HALLMAN CHEVROLET, INC. dba CHAMPION CHEVROLET (hereinafter "Defendant"), by and through its attorney of record Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C. and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion to Compel Arbitration; in the Alternative, Motion to Dismiss (First Request) (ECF #14).

This extension is requested due to Plaintiff's counsel having a need for additional time and Defendant has courteously granted this extension of time to file Plaintiff's response.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for the parties to respond to this motion.

Accordingly, Plaintiff's shall have up to and including May 29, 2020 to respond to Defendant's Motion to Compel Arbitration; in the Alternative Motion to Dismiss.

| | |
|---|---|
| Dated this 27th day of May 2020. | Dated this 27th day of May 2020. |
| HATFIELD & ASSOCIATES, LTD. | FENNEMORE CRAIG, P.C. |
| By: _/s/ Trevor J. Hatfield_<br>Trevor J. Hatfield, Esq. (SBN 7373)<br>703 S. Eighth St.<br>Las Vegas, Nevada 89101<br>Tel.: (702) 388-4469 Tel.<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* | By: _/s/ Shannon S. Pierce_<br>Shannon S. Pierce, Esq. (SBN 12471)<br>300 East Second Street – Suite 1510<br>Reno, Nevada 89501<br>Tel.: (775) 788-2200<br>Email: spierce@fclaw.com<br>*Attorneys for Defendant* |
| Dated this 27th day of May, 2020 | Dated this 27th day of May, 2020 |
| OLDENBURG LAW OFFOICE | LAW OFFICE OF DAVID R. HOUSTON |
| By: _/s/ Victoria T. Oldenburg_<br>Victoria T. Oldenburg, Esq. (SBN 4770)<br>5421 Kietzke Lane, Suite 202<br>Reno, Nevada 89511<br>Tel.: (775) 971-4245<br>Email: vicky@oldenburglawoffice.com<br>*Attorney for Defendant* | By: _/s/ David R. Houston_<br>David R. Houston, Esq. (SBN 2131)<br>432 Court Street<br>Reno, Nevada 89501<br>Tel.: (775) 786-4188<br>Email: dhouston@houstonatlaw.com<br>*Attorney for Defendant* |

**IT IS SO ORDERED.**

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED THIS 29th day of May 2020.